IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KEVIN A. BROWNING et. al ) | |
| ) | |
| Defendant. ) | |
| _____) | Case Number 3:06-cr-041-RRB |

ENTRY OF APPEARANCE

    COMES NOW Rex Lamont Butler and Associates, Inc., and enters its appearance on behalf of KEVIN A. BROWNING, as counsel in the above captioned case and requests that all copies of pleadings, correspondence, and other documents be sent to him at 745 West Fourth Avenue, Suite 300, Anchorage, Alaska, 99501.

    DATED this 25th day of April, 2006, at Anchorage, Alaska.

    S/Rex Lamont Butler
    745 W. 4th Avenue, Ste. 300
    Anchorage, Alaska, 99501
    (907) 272-1497
    (907) 276-3306
    lawoffices@gci.net
    ABN: 8310105

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically to the U.S. Attorney's Office, Federal Building & U.S. Courthouse, 222 W 7th Avenue, #9 Room 253, Anchorage, Alaska, 99513-7567, on this 25th day of April, 2006.

S/Rex Lamont Butler
Rex Lamont Butler and Associates, Inc.

Entry of Appearance
Page 1