```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. <u>  KEVIN BROWNING          </u>  CASE NO. <u>3:06-cr-00041-05-RRB</u>
Defendant: <u>X </u>Present <u>X </u>In Custody

BEFORE THE HONORABLE: <u>              JOHN D. ROBERTS                </u>

DEPUTY CLERK/RECORDER: <u>             ROBIN M. CARTER                </u>

UNITED STATES' ATTORNEY: <u>          FRANK RUSSO/MIKE BURKE          </u>

DEFENDANT'S ATTORNEY: <u>              REX BUTLER - RETAINED          </u>

U.S.P.O.: <u>                          PAULA MCCORMICK                 </u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:30 a.m. court convened.

<u>X </u>Copy of Indictment given to defendant; waived reading.

<u>X </u>Defendant advised of general rights. <u>X </u>Waived full advisement.

<u>X </u>Defendant advised of charges and penalties.

<u>X </u>Defendant stated true name:<u> Same as above            </u> Age:<u> 29   </u>

<u>X </u>PLEAS: Not guilty to counts<u> 1-2, 119, 126-127, 129-130, 132,   </u>
   <u>134, denied counts 141-142</u>

<u>X </u>Detention uncontested.  Order of Detention Pending Trial **FILED.**

<u>X </u>Pretrial motions due <b>May 23, 2006</b>       ; Order For the
   Progression of a Criminal Case **FILED**.

<u>X </u>Counsel advised of trial date:<b> June 26, 2006</b>

<u>X </u>OTHER:<u> Meet and confer by </u>**5/2/06**<u>; discovery due by </u>   **5/9/06**.

At 11:37 a.m. court adjourned.




DATE:<u> April 25, 2006         </u> DEPUTY CLERK'S INITIALS:<u>    Rc    </u>