AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
MAY 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

KEVIN A. BROWNING

**\*\* S E A L E D \*\***
**WARRANT FOR ARREST**

CASE NUMBER: 3:06-00041-05RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KEVIN A. BROWNING bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952, 960(a), (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Ct 1
21:846, 841(a)(1), (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Ct 2
18:1956 (a)(1)(A)(i),(a)(1)(B)(i), (a)(1)(B)(ii), & 2 - MONEY LAUNDERING - Cts 119,126,127,129,130, 132,134
21:853(a)(1), (a)(2) - DRUG FORFEITURE - Ct 141
18:982(a)(1) - MONEY LAUNDERING FORFEITURE - Ct 142

Ida Romack
Name of Issuing Officer

by [signature]   Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

April 19, 2006
Date and Location

by Magistrate Judge John D. Roberts

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, ALASKA |

| DATE RECEIVED 20 APR 2006 | NAME AND TITLE OF ARRESTING OFFICER S/A MARK SCHMITT DOA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 22 APR 2006 | | |

SCANNED

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Kevin Allen Browning

ALIAS: _____

LAST KNOWN RESIDENCE: _____
LAST KNOWN EMPLOYMENT _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: 5'10            WEIGHT: 165

SEX: MALE               RACE: White

HAIR: Brown             EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ___