DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00041-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO CONTINUE** |
| ) | **TRIAL FOR ONE WEEK** |
| THOMAS P. RANES, NOPENON ) | |
| DENNIS SHINE, DYLAN P. BALES, ) | |
| CURTIS H. MCDONALD, KEVIN A. ) | |
| BROWNING, and ROBERT H. ) | |
| MCDONALD, ) | |
| ) | |
| Defendants. ) | |

COMES NOW the United States, by and through the United States Attorney for the District of Alaska, and respectfully requests a one-week continuance in the Court's February 5, 2007 trial date. At a hearing on defendant Shine's motion to

continue on June 5, 2006, joined by the co-defendants, the defendants requested a lengthy continuance of the June 26, 2006 trial date.  The Court granted such continuance pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), finding that the case contained voluminous discovery that would require additional time for adequate preparation for pretrial motions as well as trial.   In addition, the Court found that pursuant to § 3161(h)(8)(A), the interests of justice would be served by such continuance.

The undersigned was not prepared to address scheduling matters into the next calendar year.  Upon returning from the hearing, undersigned consulted with his 2007 calendar and realized that he would be out of state meeting family on a pre-paid, non-refundable, trip until the end of January.  The undersigned would not be present for the pre-trial conference, currently set for January 26, 2006, and would have little time to prepare witnesses and necessary motions for the February 5 trial.  Accordingly, the undersigned respectfully requests a one week continuance until February 12, 2006, for trial, and February 5, 2006 for the pre-trial conference.

In the alternative, the United States would be prepared to proceed to trial at any time the Court and counsel wish in the months of October, November, or

December, so as not to compromise any of the defendants' rights to a speedy trial.

The undersigned apologizes to the Court and counsel for any inconvenience.

RESPECTFULLY SUBMITTED this 6th day of June, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Frank V. Russo
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 6, 2006, via:

    (✔) ELECTRONIC NOTICE

| | |
|---|---|
| **John M. Murtagh**<br>(Counsel for ▲ Thomas P. Ranes, Def. 1)<br>1101 W. 7th Ave.<br>Anchorage, AK  99501<br>Tel: 274-8664<br>Fax: 258-6419 | **William D. English**<br>(Counsel for ▲ Curtis McDonald, Def. 4)<br>310 K St., Ste. 200<br>Anchorage, AK 99501<br>Tele: 264-6722<br>Fax:  277-0712 |
| **Michael Dieni**<br>(Counsel for ▲ Nopenon Dennis Shine, Def. 2)<br>550 W. 7th Ave., #1600<br>Anchorage, AK 99501<br>Tel: 646-3400<br>Fax: 646-3480 | **Rex Lamont Butler**<br>(Counsel for ▲ Kevin Browning, Def. 5)<br>745 W. 4th Ave., Suite 300<br>Anchorage, AK 99501<br>Tel: 272-1497<br>Fax: 276-3306 |
| **Phillip P. Weidner**<br>(Counsel for ▲ Dylan N. Bales, Def. 3)<br>330 L St., Suite 200<br>Anchorage, AK 99501<br>Tel: 276-1200<br>Fax: 278-6571 | **Joe P. Josephson**<br>(Counsel for ▲ Robert McDonald, Def. 6)<br>912 W. 6th Avenue<br>Anchorage, AK 99501-2024<br>Tel: 276-0151<br>Fax: 276-0155 |

s/ Frank V. Russo