IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THOMAS P. RANES, ) <br> NOPENONE DENNIS SHINE, ) <br> DYLAN N. BALES, ) <br> CURTIS H. MCDONALD, ) <br> KEVIN A. BROWNING, ) <br> ROBERT H. MCDONALD, ) <br> JOSHUA S. MURPHY, ) <br> JUSTIN KILLIAN, ) <br> RODNEY W. RHODEN, ) <br> JAMES ROBERT RANES, ) <br> SAMUEL JOSEPH MATECHUK, ) <br>    a/k/a "Joe", ) <br> MITCHELL S. LEBLANC, ) <br>    a/k/a "Baldie", ) <br> DANIEL J. KNEITEL, ) <br>    a/k/a "Aussie", a/k/a "Ozzy", ) <br> KURTIS R. CROY, ) <br>    a/k/a "the Photographer", and ) <br> KYLE MCDONALD- ) <br> WOLOCHATIUK, ) <br> ) <br> Defendants. ) | Case No. 3:06-cr-00041-RRB |

## **ORDER**

Application having been made to this court by the United States of America for

an order unsealing the above-captioned indictment so that the above-captioned defendants may be arraigned on this superseding indictment.

IT IS ORDERED that the above-captioned superseding indictment shall be unsealed for all purposes.


Date: 6/26/06                    /s/ John D. Roberts
                                 JOHN D. ROBERTS
                                 UNITED STATES MAGISTRATE JUDGE

2