MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __KEVIN A. BROWNING__   CASE NO. __3:06-cr-00041-05-RRB__
Defendant: __X__ Present __X__ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____FRANK RUSSO_____

DEFENDANT'S ATTORNEY: _____REX BUTLER_____

U.S.P.O.: _____BARBARA BURTON_____

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
            HELD 6/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

__X__ Copy of Superseding Indictment given to defendant; waived reading.

__X__ Defendant advised of general rights. __X__ Waived full advisement.

__X__ Defendant advised of charges and penalties.

__X__ PLEAS: Not guilty to counts __1-2, 119, 126-127, 129-130, 132, 134 and denied counts 144-145 of the Superseding Indictment.__

__X__ Detention continued as previously set.

__X__ Counsel advised of trial date: **2/12/07 at 8:30 a.m.; FPTC set 2/02/07 at 9:00 a.m. Court to issue order re pretrial motions.** Counsel to meet and confer by **7/15/06**.

At 1:33 p.m. court adjourned.

DATE: __June 27, 2006__          DEPUTY CLERK'S INITIALS: __rc__