# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | 3-06-cr-00041-RRB-JDR |
| Plaintiff, | **ORDER REGARDING** |
| vs. | **PRE-TRIAL MOTION DEADLINES** |
| (01) Thomas P. **Ranes**, | |
| (02) Nopenon Dennis **Shine**, | |
| (03) Dylan N. **Bales**, | |
| (04) Curtis H. **McDonald**, | |
| (05) Kevin A. **Browning**, | |
| (06) Robert H. **McDonald**, | |
| (07) Joshua S. **Murphy**, | |
| (08) Justin **Killian**, | |
| (09) Rodney W. **Rhoden**, | |
| (10) James Robert **Ranes**, | |
| (11) Samuel Joseph **Matechuk**, | |
| (12) Mitchell S. **Leblanc**, | |
| (13) Daniel J. **Kneitel**, | |
| (14) Kurtis R. **Croy**, | |
| (15) Kyle **McDonald-Wolochatiuk**, | |
| Defendants. | |

The above criminal case charging fifteen defendants with conspiracy involving cocaine and methamphetamine trafficking has been declared complex by the trial judge.  *See*  Docket no. 115.  Trial in this case is currently set for February 12, 2007.

Accordingly, Pretrial Motion Deadlines are hereby set as follows:

(a) multiplicity or duplicity and defect contentions with respect to the indictment; **July 31, 2006**.

(b) motions for bills of particular;  **August 30, 2006**.

(c) discovery motions; **August 30, 2006.**

(d) motions to suppress statements; **September 15, 2006**.

(e) motions to suppress evidence of searches or arrests; **September 29, 2006**.

(f) motions to sever counts or parties; **October 2, 2006.**

(g) motions for disclosure of confidential informants; **November 1, 2006**.

(h) wire tap motions regarding ceiling and minimization, and wire tap motions regarding necessity requirements; **November 15, 2006.**

(i) motions in limine; **December 15, 2006** and

(j) Rule 702 motions; and time limit for parties to locate any expert witnesses and written summaries of testimony from those expert witnesses; **January 4, 2007**.

The Court will not alter the deadlines specified except for the most compelling of reasons.

DATED this 30th day of June, 2006, at Anchorage, Alaska.


 /s/ John D. Roberts_____
JOHN D. ROBERTS
United States Magistrate Judge