DEBORAH M. SMITH
Acting United States Attorney

MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: Mike_Burke@law.state.ak.us
AK Bar No. 0011069

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  3:06-cr-00041-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF ATTORNEY** |
| vs. ) | **APPEARANCE** |
| ) | |
| THOMAS P. RANES et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through

Michael T. Burke, Special Assistant U.S. Attorney, and hereby enters an entry of

appearance on behalf of the United States of America as co-counsel.  Frank V.

Russo, Assistant U.S. Attorney, is currently still the lead attorney in this matter.

All further pleadings and correspondence, etc. shall also be sent to the following address:

> Michael T. Burke
> Special Assistant U.S. Attorney
> 222 West 7th Avenue, Room 253, #9
> Anchorage, AK  99513-7567
> (907) 271-5071
> Fax: (907) 271-1500
> E-mail: Mike_Burke@law.state.ak.us

RESPECTFULLY SUBMITTED on this 31st day of July, 2006, in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> S/ Michael T. Burke
> Special Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, Alaska  99513-7567
> Tel: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: Mike_Burke@law.state.ak.us
> AK Bar No. 0011069

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2006, a copy of the foregoing NOTICE OF APPEARANCE was served via electronically to:

**John M. Murtagh**
(Counsel for ▲ Thomas P. Ranes, Def. 1)
1101 W. 7th Ave.
Anchorage, AK  99501
Tel: 274-8664
Fax: 258-6419

**William D. English**
(Counsel for ▲ Curtis McDonald, Def. 4)
310 K St., Ste. 200
Anchorage, AK 99501
Tele: 264-6722
Fax:  277-0712

**Michael Dieni**
(Counsel for ▲ Nopenon Dennis Shine, Def. 2)
550 W. 7th Ave., #1600
Anchorage, AK 99501
Tel: 646-3400
Fax: 646-3480

**Rex Lamont Butler**
(Counsel for ▲ Kevin Browning, Def. 5)
745 W. 4th Ave., Suite 300
Anchorage, AK 99501
Tel: 272-1497
Fax: 276-3306

**Phillip P. Weidner**
(Counsel for ▲ Dylan N. Bales, Def. 3)
330 L St., Suite 200
Anchorage, AK 99501
Tel: 276-1200
Fax: 278-6571

**Joe P. Josephson**
(Counsel for ▲ Robert McDonald, Def. 6)
912 W. 6th Avenue
Anchorage, AK 99501-2024
Tel: 276-0151
Fax: 276-0155

**Robert M. Herz**
(Counsel for ▲ Joshua S. Murphy, Def. 7)
425 G Street, Suite 600
Anchorage, AK  99501
Tel:  (907) 277-7171
Fax: (907) 277-0281

**Allan Beiswenger**
(Counsel for ▲ Justin Killian, Def. 8)
1101 W. 7th Avenue
Anchorage, AK  99501
Tel: (907) 868-1280
Fax: (907) 258-6419

**Scott Sterling**
(Counsel for ▲ James R. Ranes, Def. 10 )
851 E. Westpoint Drive, Ste. 201
Wasilla, AK 99654
Tel: (907) 376-8076
Fax: 907-376-8078

s/ Michael T. Burke