IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. )
)
KEVIN BROWNING, )
)
        Defendant. )
_____ ) Case Number 3:06-cr-667-01-RRB

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW KEVIN BROWNING, by and through counsel of record, REX LAMONT BUTLER AND ASSOCIATES, INC., and hereby gives notice of his intent to change his plea. Furthermore, counsel will be in U.S. District Court at 2:00 p.m., on Monday, November, 6, 2006, on another matter and respectfully requests the court schedule this change of plea for the same afternoon.

DATED at Anchorage, Alaska, on this 3rd day of November, 2006.

/s/ Rex Lamont Butler
745 W 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of November, 2006, a true and correct copy of the Notice of Intent to Change Plea was served via electronic filing on the following: Office of the U.S. Attorney, 222 W. 7th Ave. #9 Room 253 Anchorage, AK. 99513-7567.

/s/ Rex Lamont Butler

Notice of Intent
to Change Plea        - 1 -

*REX LAMONT BUTLER & ASSOCIATES, INC. P.C.*
*Attorneys and Counselors at Law*
*Signature Building*
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306