UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


　USA　 v. 　KEVIN BROWNING　

DATE:　November 3, 2006　   CASE NO.　3:06-CR-0041-CR　

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

　　　　Pursuant to the Notice of Intent to Change Plea at Docket 260, a change of plea hearing will be held in this matter on **Monday, November 6, 2006, at 1:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING