MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. KEVIN A. BROWNING      CASE NO. 3:06-cr-00041-05-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          FRANK RUSSO

DEFENDANT'S ATTORNEY:            REX LAMONT BUTLER

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: CHANGE OF PLEA HEARING HELD NOVEMBER 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:01 p.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: Same as above.    Age: 30

_X_ Defendant changed pleas to guilty on counts 1 and 119 of the Superseding Indictment.

_X_ Court accepted pleas. Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for **February 22, 2007 at 9:00 a.m.**

_X_ Defendant's detention continued.

_X_ OTHER: Court and counsel heard re plea agreement. Trial by Jury previously set for February 12, 2007 at 8:30 a.m. **VACATED.** Final Pretrial Conference previously set for January 26, 2007 at 9:00 a.m. **VACATED.**

At 1:24 p.m. court adjourned.

DATE:    November 6, 2006    DEPUTY CLERK'S INITIALS:    amk