IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-RRB |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| KEVIN BROWNING (D-5), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 32.2(b) and based upon defendant KEVIN BROWNING's November 6, 2006 guilty pleas to Counts 1 and 119, and pursuant to the agreement to the criminal forfeiture set forth in the Plea Agreement, and the Court's acceptance of the defendant's guilty pleas and Plea Agreement, the Court found that the defendant's interest, if any, in the following property is property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, thereby rendering said property subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2):

     1.    2004 YAMAHA 4-WHEELER ATV, RAPTOR;

     2.    2005 TRAILKING FLATBED TRAILER, VIN 1TKU016285M010123, AK TAG #4191SK;

     3.    HONDA CR125 MOTORCYCLE, VIN JH2JEO1363M503762;

     4.    2000 FORD F-350 SUPER DUTY TRUCK, VIN 1FTWX33F2YEC74029, AK TAG #ENF-430;

   5. MARIJUANA GROW EQUIPMENT; TANKS, LIGHTS, WATER PUMPS, BALLASTS, TIMERS, ETC. SEIZED FROM UNDERGROUND GROW OPERATION AT POINT MacKENZIE FARM;

   6. 2005 BOMBARDIER SKIDO SUMMIT ADRENALIN SNOWMACHINE, VIN 2BPSCK5A75V000305, AK LICENSE #SD2509;

   7. 2002 BLACK HAULMARK ENCLOSED CAR TRAILER, VIN 4XSGB28232G037941, AK TAG #8686RP;

   8. 2001 C&C FIFTH WHEEL GOOSENECK FLATBED TRAILER, VIN 5BYEG24201E000551, AK TAG #1769SH; and

   9. 1993 BLUE FORD MUSTANG LX SPORT, VIN 1FACP41E4PF165721, AK TAG #859HEW.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-described property is hereby condemned and forfeited to the United States of America pursuant to 21 U.S.C. § 853, and the defendant shall forthwith forfeit all his right, title and interest, if any, that he has in said property.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the United States Marshals Service, or its contractor, is authorized to seize and take possession of the above-described property and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property, and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Marshals Service shall publish

notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published once in each of three consecutive weeks in the Anchorage Daily News or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

DATED this ___ day of _____, 2006.

_____
HON. RALPH R. BEISTLINE
United States District Court