IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| KEVIN BROWNING, | ) ) |
| Defendant. | ) ) |
| | ) Case Number 3:06-cr-41-RRB |

## NOTICE OF FILING

COMES NOW KEVIN BROWNING, by and through counsel of record, REX LAMONT BUTLER AND ASSOCIATES, INC., and hereby files this notice with letters of reference attached.

DATED at Anchorage, Alaska, on this 17th day of May, 2007.

/s/ Rex Lamont Butler
745 W 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of May, 2007, a true and correct copy of the Notice of Filing was served via electronic filing on the following: Office of the U.S. Attorney, 222 W. 7th Ave. #9 Room 253 Anchorage, AK. 99513-7567.

/s/ Rex Lamont Butler

**Notice Of Filing**

REX LAMONT BUTLER & ASSOCIATES, INC. P.C.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306