# LETTER OF REFERENCE

For Kevin Browning                               Dated May 8, 2006

Please be aware that I have known Kevin Browning for around eight years now. Kevin came to Alaska when his father began logging operations at Two Moon Bay.

My experiences with Kevin, on a personal level, have shown me that Kevin is simply a nice, easy going kid. I believe that Kevin would do just about anything you asked of him. This may explain what got him into trouble.

Kevin is the kind of kid that I would not hesitate to give my highest recommendation. If there was ever the opportunity to get a 2nd chance then Kevin is the person I would like to see have that chance.

Kevin began his own business but was too easy going to manage it properly. People who worked for him took advantage of his good nature and this caused him to fall into dire financial straits. This, I believe, may have led to some bad decisions down the road.

In sum, there is no doubt in my mind that Kevin can learn from this negative experience and will not repeat this type of action.

If you have any questions or desire further input please call me at 229-4996.

Charles Klever
Owner
Construction Equipment Financing

April 28, 2006

To Whom It May Concern,

My name is Theresa Pereira. My sister, Grace Browning, is married to Wayne Browning. Wayne is Kevin Browning's father. I have known Kevin now for approximately eight years. I am extremely surprised that Kevin is in trouble with the law. He is a Seventh Day Advenist, and has three young, beautiful children. He has always been a gentleman around me and my son Brady. He is now divorced, but has always been a kind father to his children. It will be very sad to see him go to jail and miss out on his children's lives. Kevin has a good character, but just got involved with the wrong people. I still cannot believe he has done such an illegal act. I realize he will serve jail time, but I hope it won't be too long for his children's sake as well as his own. He is not the type of person one would think would go to jail. Thank you for your time.

Theresa Pereira
2607 Meadowlark Way
Anchorage, AK. 99507
907-344-5581

*Theresa Pereira*

April 28, 2006

To Whom It May Concern:

Kevin Browning was hired at Magic Metals, Inc in November of 97. He worked for us for nearly three years and did an excellent job. He was conscientious, honest, and a very talented hard worker as well as a great family man.

He left us to start a business of his own. His business, Alaskan Contractors erected steel buildings and installed metal roofing. He had everything going for him. The business was doing well and his family was close.

After a snow machine accident 2 years ago, we noticed a change in attitude and character. He divorced his wife, and started reckless spending. Many people that knew him noticed the change. This does not justify his deplorable actions, but it may explain them. Kevin has a good heart but has taken the wrong road as of late. This young man deserves a chance to prove he can and will be an asset to society.

Sincerely,

*[signature]*

Vance & Joan Tolstrup

April 28, 2006

Honorable Judge Roberts
Federal Courthouse
Anchorage, AK

Re: Kevin A. Browning

Dear Honorable judge Roberts,

My name is Autumn McDonald and I am writing this letter on behalf of my fiancé and best friend, Kevin Browning. I know that these kinds of letters are probably common and all I can do is hope and pray that you can listen with an open heart.

Kevin is the most incredibly honest, loyal, kind, unselfish, good-hearted person that I have ever met in my life. He is absolutely like no other and would do anything he could to help anyone. I often tease Kevin about being a "square". He was raised strictly Seventh Day Adventist and has lived his entire life on the straight and narrow. He has never drank alcohol, smoked cigarettes, or done any drug of any kind. He hasn't even danced. I love this man with all of my heart. And loving him has made me strive to be a better person. Kevin inspires everyone he meets. He is truly the most amazing man myself and many others have ever met. **I believe in him, and his ability to turn his life around.**

Kevin is and always has been a family man. He loves his family, children, friends, and work with all his heart and it shows. All that is important to him is here in Alaska and I can honestly say to you without a doubt that he is in **absolutely no way a flight risk**, or a danger to the community.

I beg you to please find it in your heart to take this man for his word and trust that he will do everything he can to cooperate and repair this situation. Please consider Kevin for bail today, you won't be sorry – I promise.

Sincerely,

*[signature]*

Autumn M. McDonald
810 W. 10th Ave.
Anchorage, AK 99501

April 30, 2006

To Whom It May Concern:

### Kevin Browning

We have personally known Kevin for eight years. We first met Kevin when he became employed at Magic Metals and have become good friends over the years.

We recognize the seriousness of Kevin's offence. Both Lorie and I can confirm that he is a man of great integrity, is extremely dedicated to his family and has a strong religious background.

Furthermore, Kevin is a very loyal and trustworthy friend. He is the type of person that would do anything he could to help a friend in need.

For your information, Dustin has been a Teamster for 16 years, a Longshoreman for 13 years and has served as a Shop Steward for the Teamsters. He is currently a mentor for the Alaska Military Youth Academy. We have been married for 12 years and have a 2 year old son.

If you require any further information, please contact us at (907) 357-4935.

Sincerely,

*[signatures: Dustin Tolstrup, Lorie Tolstrup]*

Dustin and Lorie Tolstrup
4935 Sailors Loop
Wasilla, AK  99654

FROM:  Mr. James & Danielle Havens                    April 30, 2006
5522 Alora Loop,
Anchorage, AK, 99504


This document serves as a sworn affidavit to the character, and integrity of Mr. Kevin Browning currently facing imprisonment for the crimes described.

We have not spoken to Mr. Browning for over a year and a half and to say the least, were shocked to see his name mention in the Anchorage Daily News as an associate of those involved in such activities as described. Mr. Browning has always been respectful, honorable, courteous, and hard working - and being a Seventh Day Advent church member - refrained from drinking as well as using any narcotics.

I, Mr. James Havens and My wife, Mrs. Danielle Havens have known Mr. Browning for over seven years, during this time we have watched him develop, with hard work and determination, his business "Alaskan Contractors Inc." from a small one-man operation doing small roofing jobs to a full scale operation building entire steel structures for major multi-million dollar construction projects.

During these many years Mr. Browning, while developing his own business, has often gone above and beyond his obligations to help those in this community by selflessly volunteering his skills, knowledge, and resources of the construction industry. His generosity has positively affected many people in this community who, like himself, worked tirelessly to provide a safe and secure life for their family and friends.

Mr. Browning is a loving, caring and devoted father of four and an honest friend - one to be counted on to be there in an emergency at anytime, day or night.

It is our deepest wish that this court takes into account this true and honest statement of what we have personally known of Mr. Kevin Browning and that it may give a more complete picture of who Mr. Kevin Browning truly is.

By: *(signatures)*
James L. Havens
Danielle M. Havens

May 1, 2006

4-30-06

To whom it me concern:

I have known Kevin Browning for over 8 years as one of my closest friends. Kevin is a man of high integrity a good father, and one of the hardest workers I know.

He is a very honest person, with a religious background, that would give you the shirt off of his back.

For your information I am a father of a 3 year old girl, and a foreman for Watterson Construction.

Yours faithfully

Jason Foley

To Whom it
May Concern:

4-30-06

Kevin Browning was a Great person never would I have Thought This

I met Kevin in March 2000 and He knew my best friend Pat Whalen Who I've know for 20 yrs.

Kevin Had A Beautiful family even adopting his Neifer brother kids Because the parents where on Drugs.

Kevin always praised me and even Try to get me to Church to Walk him

He help my brother out a lot gave him a Job, a placed to live.

Then The winter of 04-05 he Wade an Snow machine accident Hit his head on a Rock. Was in a coma for an 3 days.

When got of the coma the didn't Remember anything. He Devroced His Wife of 16yrs gave up everything Completery Changed. And when I mean Change look at the Whole picture - No prablums with the law. He never drank eun beer

I personally think the person Keven is today is caused from the accident going by everything I know He was a good father, Church going, Owned His own business and a good friend.

4-30-06

Toby Smart

245-4466
529-7059

Dear Judge

Keven Browning is a good person and need a second changes. I know Keven will never do this again if he spends one day or years in prison.

I was astonish when I heared about this because it is so out of character for Keven.

Please be lenient.

Sincerely thank you
James G. Ekvall

*[signature: James E Ekvall]*



**FAIRBANKS SAND AND GRAVEL, INC.**
REDI-MIX · CEMENT · BULK GOODS

Saturday, April 29, 2006

To Whom It May Concern:

Re: Kevin Browning

I have known Kevin Browning for 8 years through my friendship with his father. I witnessed Kevin grow his business and his family while I was living in Anchorage and saw him several times while visiting Anchorage after I had moved to Fairbanks in 2001. From my first meeting with Kevin I had a great deal of respect for him because of his admirable work ethic and devotion to his father, sister and his own family. Kevin's abilities as an equipment operator, mechanic, carpenter and steel erector were impressive for someone his age, but his most endearing qualities were his warmth and character. Kevin always treated everyone he met with respect and kindness and never spoke ill of anyone in my presence. I would have gladly offered Kevin a reference if he had ever asked.

I was saddened to learn of Kevin's current circumstances and am still baffled how he ever become involved in what is being alleged. When I was living in Anchorage, I never knew of Kevin drinking or doing drugs. I knew him as a responsible and caring father and husband. I praised Kevin's father for having raised such a remarkable young man.

Sincerely,

James Perrizo
(907) 322-8668

P.O. Box 70686 • Fairbanks, Alaska 99707 • (907) 452-5336 • Fax: 452-2356

# GATES
## CONSTRUCTION

2400 Chapman Rd.  
Wenatchee, WA 98801

(509) 662-1222  
Fax (509) 662-1223

May 4, 2006

To whom it may concern,

This letter serves as a character reference for Kevin Browning.

I was a contractor on the Kenai Pennisula for twelve years and met Kevin Browning thru his father Wayne. Over this period I have had the opportunity to work with Kevin and be around his family.

I do understand he got mixed up in some wrong doing some way but do not have all the details.

He is a very outstanding and upright young man and was very honest and always had his priorities straight with a very good work ethic. It is very rare in the work place for me as a contractor to find someone with these kind of qualities concerning work and family. It sounds like got mixed up with some very wrong people.

Please be lenient to this young man as he is not your typical long time criminal.

Kevin Gates

*[signature]*

Gates Construction Inc.  
2400 Chapman Rd.  
Wenatchee, Wa. 98801  
Ph: 509 669 9899

Your Honor

I've known Kevin Allen Browning for 14 yrs.

He has a gentle Love & care for his children, Freinds & Family.

He's always been a hard worker & responsible Father.

I'm his Step Grand Father

Eugene Knittel

*Eu Knit*

4-30-06

To whom it may Concern:

I have known Kevin Browning since 1995. I am married to his father, Wayne Browning. I am Kevins Step-Mother

After Kevin graduated from high school (summer 1995) he came to Alaska to work in Waynes logging camp. He is a honest and very hard working person. I watched him raise a family and start his own company

I have watched him fail and succeed in his life. Kevin is the type of person who called me when his father was out working, to make sure that I was ok and if I needed anything. He'd drop anything to help me.

I watched his three children grow and watched him with the kids. What a great father. I attended church with his family.

I watched Kevin Browning grow from an 18 year old kid to the man he is today.

There are so many people around town that Kevin has worked with. All would say how hard working and honest he is.

Kevins business didn't make it. I really believe he was to young and unable to run a company.

I really believe he made this terrible mistake and now its up to you to not let Kevin spend his life in jail. He will learn from this mistake. His children need him and he <u>is</u> <u>not</u> the type of person who will <u>ever</u> do anything illegal again.

907·646·0990

Grace Browning
3951 Furrow Creek Rd
Anch. AK   99516

Grace Browning

4-29-06

To Whom it may concern,

You're just so amazed when you hear about someone you've known for a long time being involved in something this serious.

What was he thinking?

I believe something has happened to Keven in the past couple years that brought on some major changes in his lifestyle.

Keven is a good person, he comes from a good family, with family values.

Keven will need support and guidance for the mistake he has made. He will again become a good, honest and productive citizen. He has a family.

Once he does his punishment and gets back on track, he can again become a good role model for his four children.

Please take in consideration his life up to this huge mistake. There is much hope here for Keven.

Thank you,
Carol Kelly
PO Box 192
Anchor Point AK

9072351948
9072992109

To whom it may concern

I have known Kevin + his family since Kevin was a teenager

Kevin was one of the hardest + most dedicated workers I have worked with.

I was a project manager for Kevins father working for him for 14 years. I knew Kevin + his family quite well.

I have not been around Kevin for the past two years, but up to that time I've never seen Kevin drink alcohol, smoke or do drugs

Please take this into consideration when you pass judgement on Kevin.

I would trust Kevin with every thing I own.

William K[illegible]

PO Box 192
Anchor Point AK
99554
907-235-1948
907 299-1031

Note
I would be proud to be a character witness for Kevin.