To Whom It May Concern.

I've known Kevin Browning since 1991. I worked with Kevin at Two Moon Bay, a remote site, as his Supervisor.

Kevin was always polite, courteous and showed respect for others. He was prompt and performed his job with enthusiasm, and never complained. He was a nice young man, always very helpful at any given time.

Sincerely,

Ronald D. Miller

Contact information:

Ronald D. Keller SR
PMB 544
1830 E Parks Hwy. Ste. A-113
Wasilla AK 99654

Home Phone #: 907-351-8596
Cell # 907-232-2971
Work Cell # 907-232-1429

April 27, 2006

Judge,

I am Kevin Allen Browning's grandmother. I have known him all his life. He has always been thoughtful, kind & loving. Does not drink, or smoke or take Drugs. Has always been a good christian. He just got in with the wrong people, an was afraid for hemself & family. Didn't know how to get

"Therefore if anyone is in Christ, he is a new creation. The old has gone, the new has come."
2 Corinthians 5:17

out of the situation.

I have never seen him angry, or get in a fight.

He has always been kind to family and his pets. Thank you for taking this into consideration.

Sincerely,

Geraldine A Ekwall RN

Jean Minder
4143 Hampton Drive
Anchorage, AK 99504

April 30, 2006

To Whom It May Concern:

I met Kevin Browning about 10 years ago when I went to work for his father's company, Browning Timber of Alaska, Inc. On a visit to a remote logging camp, Kevin who was working for the company at the time as a mechanic was assigned the task of giving me a tour of the camp and logging operations. After finishing the tour, he was volunteered to take me out fishing in the bay. At that time I was impressed by how polite, personable, accommodating and hard working Kevin was for such a young man. As I got to know Kevin better over the years, my initial opinion has not changed. He has maintained his strong work ethic, is always kind, considerate and respectful of others, and is a great father. I was completely taken aback when I learned of his alleged involvement with a drug ring. To my knowledge, he has never drunk alcohol nor used drugs.

If you have any questions, please feel free to contact me at 748-2590.

Sincerely,

*Jean Minder*

Jean Minder

To Whom It May Concern:

My son Kevin Browning has always been loving and respectful.

He is a very hard and efficient worker.

Kevin is always the first person to help anyone in need and is loyal to a fault.

His involvement in this situation was a direct result of certain people skilled at manipulation, using his good intentions in a very wrong way.

Please consider this in your decision making process.

Sincerely:

*[signature]*
Wayne Browning
907-229-3895 Cell
3951 Furrow Creel Rd
Anchorage, AK 99516

April 30, 2006

To: The Honorable Judge

Dear Sir,

    My name is Jacki Whalen and I am writing to you about my brother Kevin Browning. I have been very close to my brother all my life. I have always been his protector even though he is older than I am. Now my brother is in a situation that I cannot help him with, other than to plead his case and urge you to look at his clean past, the family and friends that support him and our belief in God.

    Sir, my brother has never been in trouble with the law. He is constantly helping those in need. Kevin has always been a devoted father, son and brother. He is a great help to me when my husband is away on work assignments, constantly checking in on my two children and me and helping me with yard work.

    On New Years Eve 2003, my husband and Kevin went on a snow machine trip to Powerline Pass. This day changed my brother forever. Kevin was involved in an accident, his head although in a helmet, hit a rock, and we spent 12 hours in Providence Emergency room. Over the next several weeks, Kevin had numerous Dr. visits, MRIs and test. We learned that he had a spot, whether from this injury or a previous one, on his brain. He was scheduled for additional tests, but he did not have adequate insurance and so after the headaches stopped, so did the Dr. visits.

    Sir, I believe that this accident damaged my brother's brain and his ability to think rationally. After the accident, my brother's company went out of business; he said he could not concentrate. He left his wife of 7 years, although they had been reconciled after his wife's infidelity, and he began to date a wild girl. My brother has never drunk, smoked or tried drugs, and now he was living and associating with the party crowd. He was lost. He even quit going to church, which he was actively involved in and turned his back on God.

    In regards to the situation at hand, my brother has always been extremely loyal. I feel that he was taken advantage of because of this loyalty. He was befriended by someone who shared a passion for classic race cars and this friendship proved to be his undoing. He began by helping a friend, and got so caught up in the situation he couldn't find his way out.

    Today is my twenty-eighth birthday. And I am sad. I visited my brother in prison this morning and listened to him tell me how sorry he was. I know that Kevin, if released on bail, will work hard to ease the financial burden he has placed on our family. I know

he will spend every waking minute with his family. I know he will think about the hurt and damage he has caused. I know he will do whatever the court decides is best for him. Kevin is a good person. And I hope that my letter will help you see that he made a mistake, one that he will live for the rest of his life. Thank you for your time in reading my letter.

God Bless

*Jacki Whalen*

Jacki Whalen
11901 Rainbow Ave
Anchorage, AK 99516
907-349-4161

April 30, 06

To Whom It May Concern:

Kevin Allen Browning – is my son. He never has gotten into any trouble when in school or after – that I know of.

He never has drank or smoked or used any drugs. He was well liked by all his teachers and the people he has worked for.

He married young and has 3 children. He has been a good father to them and treated them well.

I has been a loving son and respectful. He has helped me when I asked and we talk a little over the phone.

He did have a head injury on a snow machine Dec. 2003. It seemed to change his personality. He had trouble thinking thing though and he seemed for a while to be more angry. The angry has gone but he still seems to have trouble thinking more than 1 dimension, he has trouble think of the consequence of his actions.

Kevin – has done a bad thing. But I truly think that if he had not been hurt or with the people he was with that he would not have become involved in this activity.

Thank you for reading and considering my letter,

*Jennifer Lynn Ekvall*

Jennifer Lynn Ekvall

# TO WHOM IT MAY CONCERN

WE HAVE BEEN ASKED BY JACKIE BROWNING, SISTER TO KEVIN BROWNING TO WRITE ABOUT HER BROTHER.

FIRST, JACKIE AND KEVIN ARE CHILDREN OF WAYNE BROWNING BY HIS FIRST MARRIAGE.

OUR DAUGHTER GRACE PEREIRA IS MARRIED TO WAYNE BROWNING, OUR SON IN LAW SINCE JULY, 1998.

WE HAVE LIVED IN ANCHORAGE GOING ON 49 YEARS.

WE ASK THE COURT TO BE GRACIOUSLY LENIENT, HE HAS NO PREVIOUS CRIMINAL RECORD, THIS IS HIS FIRST OFFENSE.

MR. MRS. GABRIEL PEREIRA
1821 ANCHORAGE, AK. 99508
TEL. 277-8098
4-29-2006

*Gabriel Pereira*
*Juanita Pereira*

To Whom It May Concern:

My name is Patrick Whalen and I am writing to you on behalf of my brother-in-law and best friend, Kevin Browning.

I have known Kevin for over ten years. I first met Kevin when he was trying to buy a snowplow from me. I ran a little late, 6 hours and he sat there and waited. That was the kind of person he was. When he stood and gave the best-man speech at my wedding, he said he would have never guessed 6 years later, that guy who had made him wait so long would marry his sister, but he was glad he waited. Over the years, Kevin has grown to be my best friend and truly my brother.

Kevin is the first one to help anyone. He often would wake up in the middle of the night to drive me to or from the airport, so my wife and kids wouldn't have to. He is the person I call if anything needs attention and I cannot do it. I trust Kevin with my most prized possessions, my family, while I am away.

I was with Kevin, snow machining on New Years Eve 2003, when he flew off his machine and hit full force against some rocks. I drove him to the hospital and slept on his couch during his long recovery. To this day, Kevin has no recollection of the accident or the previous months leading up to his accident. From that day on, Kevin changed. Over the last two years, Kevin has not been able to rationalize as well as pre-accident. He lost his thriving business, left his wife and kids and began associating with people he would have never given the time of day to before. He was still loyal, kind and generous, but different.

I know Kevin knows what he did was wrong. At the time, I don't think he realized the gravity of his actions. Not only did he break the law, but was in danger of losing his life. Please know that if released on bail, Kevin will work hard to earn money to help with his lawyer and other costs. He needs to be released so he can spend time with his three young children and the rest of his family. I know Kevin will never break the law again. Thank you for your time:

Regards,

*Pat Whalen*

Patrick Whalen
11901 Rainbow Ave
Anchorage, AK 99516
907-360-3261

To the judge in Kevin Browning's trial.

I wish to present a side of Kevin Browning that will probably not be apparent during his trial for trafficking marijuana.

I met Kevin Browning through his wife's family. He married Daniel Stevens who was a close friend of my middle daughter during grade school and who's older brother is married to my oldest daughter.

Kevin is hard working, full of energy, and always on the go. He is always friendly and eager to help. Many times he offered to help with repairs at the Hillside O'Malley Church where I was responsible for maintenance as the head deacon. Kevin was quick to offer tools when he knew I was working on my house. I used his mini excavator and bobcat when I built an exterior door to my basement and a cordless screw gun when I installed a metal roof.

At family gatherings, Kevin always showed a boyish enthusiasm as he played with his kids and with his niece and nephews.

Kevin was very independent which complimented his entrepreneurial endeavors. I believe it was associations though his construction company and financial losses that led to the criminal charges he now faces.

Kevin used to come to church every week. He did not like crowds of people so would leave soon after services and did not stay for the potluck meals. Kevin was raised in a Christian family and attended Christian schools. He loaned me a book about a family that left the Midwest to live in remote Montana to leave the fast paced life to raise their sons. The story revealed how the man lived hourly by faith in God and continual dependence on God. At that time Kevin had read the book several times and I believe had a strong drawing toward spiritual things.

I did not know of Kevin's involvement in illegal activities until I read of his arrest in the news paper. However I did know that he lost interest in religion and left his wife about a year ago. I suspect this was a result of the marijuana involvement.

Kevin has a lot of good potential. I don't think Kevin intentionally set out to get involved in criminal activity but I suspect associations and getting into financial difficulty lead him there. I am sorry to see what has happened to him. I hope a review of his good traits will help in evaluated his case. I care about Kevin and wish the best for him.

*Lynden Belin*

Lynden Belin

Wednesday, May 3, 2006

TO WHOM IT MAY CONCERN:

This statement of character for Kevin Browning was requested by his ex-wife, and our neighbor Danielle Browning.

I have not seen or talked to Kevin since before his snowmachine accident, and his recent arrest.

The Kevin Browning that we knew, was a wonderful, young man. He was respectful of his elders, and extremely helpful in a crisis. I called him our "guardian angel," when he would quietly drive through our driveway to clear a path in the snow for us, as my husband is an amputee, and Kevin knew that it was difficult for him to hobble around with the snowblower.

He was always the first person to help, be it friends, neighbors, or complete strangers, when help was needed!! We have known him for approximately 5 years.

We hope and pray for the best for this young man, and his future, and that of his three children.

Very sincerely,

*Marilou and Bob Chapman*

Mr. and Mrs. Robert M. Chapman
7436 Hillside Way
Anchorage, Alaska 99516
907-345-1322

Danielle L. Browning
7501 Hillside way
Anchorage, AK 99516
907-229-5347 cell
907-522-9500 home

To Whom It May Concern:                                        May 1, 2006

     I am Danielle Browning; I have known Kevin Browning for over 12 years now. We met in High School in 1994. We dated for almost 2 years and were married in December of 1995. We then shared several years together until October of 2004 when we were divorced. During that time, we had three children together. He was and excellent father. He took pride in everything they did. We, as a family took them on trips to visit family, went camping together, and spent every Sabbath (Saturday) taking the kids to church. Kevin is a hard worker, he provided everything for his family. He didn't want the kids to be in day care, we agreed that I would stay home and raise them. Family was very important to Kevin.
Kevin had wonderful work ethics, morals… belief in God kept him on track. Kevin in all the years we were together, never drank of any alcohol, never smoked any tobacco products, and never had any involvement what so ever in illegal narcotics. He almost never swore, and was held in high regard by his friends, family and acquaintances. When he started his own company, those he worked for praised him and the work he did.
He was admired and looked up to by many that he came in contact with.
His recent actions are not in line with the character that he has presented in the past. The marked changed in Kevin's decision making skills has only been in the last year and a half, due to a snowmachine accident in which he suffered a concussion and crack his skull.
I ask that you take this information into consideration as a decision is made regarding Kevin's immediate future.

Thank you,

*Danielle Browning*
Danielle Browning

May 6, 2006

To Whom It May Concern

    I have known Kevin Browning for at least five years and he has always been a very loving father to his children. He sits in on their Sabbath school classes and helps them wherever needed. He always showed love for his wife when they were married. I never really ever heard him say a mean word to anyone. I haven't seen him much in the last two years but when I did he still showed love for children. Whatever he might be mixed-up in now I don't believe it was something he wanted to do.

*Barbara Ogden*
Barbara Ogden
His Sister in Christ

2410 Autumn Dr.
Anch AK 99516
907-345-2805

5-8-06

To whom it may concern,

After Kevin Browning was in a bad snowmachine wreck, that rang his bell big time. He has not been the same Kevin that I have known for many years.

I think if Kevin had not been in that wreck, he would not done anything not in the belief of his church. I have never heard Kevin say anything bad about anyone, or ever come close to saying a bad word ever. He has as long as I have known Kevin, been soft talking, easy going.

Martin D. Stutzke

P.S. My Cell # 398-9380
Home - 262-8794

4/28/06

To Whom It May Concern,

I am writing this letter in regards to Kevin Allen Browning. He is my nephew and I have a good relationship with him. He is a loyal friend and I have never seen him drink, smoke or do drugs since I have known him. He has always been a hard worker and trustworthy. I am very sorry he made this bad choice and I know he has learned a very hard lesson. He is a good person who made a terrible choice but he is a good person still. Kevin has a good character and this is his first arrest, please think about this when you make decisions about his future. Thank-you for reading this letter

Janie Call

28, April. 06

To Whom it May Concern,

This letter is in reference to Kevin Allen Browning whom I have known for 29 years. Kevin has always been a very kind, well mannered, and very layed back great person who unfortunately has gotten mixed up with the wrong crowd. Never have I ever seen him drunk, never have I ever seen him or known him to do drugs of any kind. He has always been a helper, care giver, & just plain giving of himself. He is a wonderful father, son, & Grandson. As his uncle I have had many opportunities to spend quality time with Kevin & never would I have imagined him being mixed up with anything like this. He has obviously been put under a lot of pressure to succum to something he himself never participated in. Kevin is a wonderful, caring, human being who deserves a second chance!

Sincerely
Leslie Daniel Ekvall
Retired, US Navy SEAL