UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:06-cr-00041-RRB |
| ) | |
| KEVIN A. BROWNING, et al., ) | DEFENDANT'S MOTION FOR BAIL |
| ) | REVEIW |
| ) | |
| Defendant. ) | |

COMES NOW the Defendant, Kevin A. Browning, by and through counsel REX LAMONT BUTLER AND ASSOCIATES, INC., P.C. and hereby files this Motion for Bail Review in the above entitled case.

## I.   FACTS RELATING TO THIS MOTION

Mr. Browning has had one prior bail hearing. Mr. Browning was in custody for approximately 20-months and has been under supervised release for several months without incident. Mr. Browning has pled guilty and is awaiting sentencing. Prior to the advent of this case, Mr. Browning had no criminal history, no substance abuse history and no alcohol abuse history. Accordingly, Mr. Browning now moves for a Bail Review Hearing seeking the court's permission to relocate his residence on April 1, 2008. My office spoke directly with U.S. Probation Officer Paula McCormick at U.S. Pretrial Services and she is in support of this request.

1

## CONCLUSION

For the above reasons, this court should grant Browning's request to relocate his residence. The exceptional circumstances presented in this case, along with the prophylactics available to ensure Browning's continued status quo and safety of persons and the community, should all militate in favor of this request.

DATED this 28th day of March, 2008.

/s/ Rex L. Butler
Rex Lamont Butler, ABN 8310105
REX LAMONT BUTLER AND ASSOCIATES, INC.
745 W. 4th Avenue, Ste., 300
Anchorage, Alaska, 99501
(907) 272-1497 Phone
(907) 276-3306 Facsimile
lawoffices@gci.net

Certificate Of Service:

I hereby certify on this 28th day of March, 2008, a true and accurate copy of the foregoing instrument, with all attachments, has been served electronically to the Office of the United States Attorney, 222 W. 7th Avenue, # 9, Room 253, Anchorage, AK., 99513-7567.

/s/ Rex Lamont Butler ABN: 8310105