IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
                 Plaintiff,  )
                             )
vs.                          )
                             )
KEVIN BROWNING, et al.,      )
                             )
                 Defendant.  )
_____) Case Number 3:06-cr-0041-RRB

PROPOSED ORDER GRANTING / DENYING MOTION FOR BAIL REVIEW

Upon consideration of Defendant's Motion For Bail Review, IT IS HEREBY ORDERED that the aforementioned Motion is GRANTED / DENIED.  The bail review hearing date and time is _____, 2008, at _____ p.m.

DATED on this ___ day of _____, 2008.

_____
United States District Judge

REX LAMONT BUTLER & ASSOCIATES, INC. P.C.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306