IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN BROWNING, et al.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number 3:06-cr-00041-RRB |

AFFIDAVIT OF REX LAMONT BUTLER

STATE OF ALASKA      )
              )
THIRD JUDICIAL DISTRICT  )

  REX LAMONT BUTLER, being first duly sworn upon oath, deposes and states as follows:

  1. that I am the attorney of record for the defendant in this case, Kevin Browning;

  2. that Mr. Browning is requesting the court allow him to change his current residence;

  3. that Mr. Browning has spoken with U.S. Probation Officer, Paula McCormick, and she is in support of this request;

  4. that my office also spoke with Ms. McCormick and she indicated she is in support of this request;

  5. that I am respectfully requesting this hearing be scheduled in the afternoon, as I have several felony trials in

Affidavit of Counsel
Page 1

REX LAMONT BUTLER & ASSOCIATES, INC. P.C.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

trailing status at this time, and

    Further your affiant saith naught.

    DATED at Anchorage, Alaska, on this 28th day of March, 2008.

---
Rex Lamont Butler, ABN #8310105

    SUBSCRIBED AND SWORN to before me on this 28th day of March, 2008.

---
Notary Public in and for Alaska
My commission expires:

REX LAMONT BUTLER & ASSOCIATES, INC. P.C.
Attorneys and Counselors at Law
Signature Building
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306