IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
                Plaintiff,   )
                             )
vs.                          )
                             )
KEVIN BROWNING, et al.,      )
                             )
                Defendant.   )
_____)    Case Number 3:06-cr-00041-RRB

### AFFIDAVIT OF KEVIN BROWNING

STATE OF ALASKA         )
                        )
THIRD JUDICIAL DISTRICT )

REX LAMONT BUTLER, being first duly sworn upon oath, deposes and states as follows:

1.    that I am the Defendant in this case;

2.    that I am requesting the court allow me to change my current residence;

3.    that I have spoken with U.S. Probation Officer, Paula McCormick, and she is in support of this request;

4.    that my attorney's office also spoke with Ms. McCormick and she indicated she is in support of this request;

5.    that I am respectfully requesting this hearing be scheduled in the afternoon, as my attorney has several felony trials in trailing status at this time, and

Affidavit of Counsel
Page 1

REX LAMONT BUTLER & ASSOCIATES, INC. P.C.
Attorneys and Counselors at Law
*Signature Building*
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

Further your affiant saith naught.

DATED at Anchorage, Alaska, on this 31st day of March, 2008.

_____
Kevin Browning

SUBSCRIBED AND SWORN to before me on this *31st day* of March, 2008.

_____
Notary Public in and for Alaska
My commission expires: 9/11/11

REX LAMONT BUTLER & ASSOCIATES, INC. P.C.
Attorneys and Counselors at Law
*Signature Building*
745 West Fourth Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 272-1497
FAX: (907) 276-3306

Affidavit of Counsel
Page 2