NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov
      thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KEVIN BROWNING<br><br>          Defendant. | Case No. 3:06-cr-00041-05-RRB<br><br>**RESPONSE IN NON-OPPOSITION TO DEFENDANT'S MOTION FOR BAIL REVIEW HEARING** |

COMES NOW the United States of America, by and through undersigned counsel, and hereby responds to defendant Kevin Browning's motion for bail

review, filed on March 28, 2008, at docket 747.  The United States is unopposed to the defendant's request for a bail hearing.

RESPECTFULLY SUBMITTED this 11th day of April, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax (907) 271-1500
Email Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on April 11, 2008, via:

    (X )ECF

Rex L. Butler.

Paula McCormick, USPO (fax)

Executed at Anchorage, Alaska, on April 11, 2008.

s/ Frank V. Russo_____
Office of the U.S. Attorney