```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  __KEVIN A. BROWNING__   CASE NO. __3:06-CR-00041-05-RRB__
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____ALEXIS GUTIERREZ_____

UNITED STATES' ATTORNEY: __FRANK RUSSO_____

DEFENDANT'S ATTORNEY: _____REX LAMONT BUTLER_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: BAIL REVIEW HEARING HELD APRIL 16, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:05 p.m. court convened.

Court and counsel heard re defendant's oral motion to reside at mother in laws home; **GRANTED.**

Defendant's Conditions of Release remain as previously set with modifications.

At 2:07 p.m. court adjourned.

DATE: _____APRIL 16, 2008_____   DEPUTY CLERK'S INITIALS: __AXG__

Revised 6-18-07