```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  KEVIN A. BROWNING        CASE NO. 3:06-CR-00041-05-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        THOMAS BRADLEY AND FRANK RUSSO

DEFENDANT'S ATTORNEY:           REX BUTLER

U.S.P.O.:                       BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD MAY 29, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Imprisonment for a period of 20 months on counts 1 and 119 of the Superseding Indictment. All such terms to be served concurrently. Credit for time served.

 X Defendant placed on supervised release for a period of 4 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Fined $ 1000.00.

 X Special Assessment $ 200.00, due  Immediately.

 X On motion of the U.S. Attorney, remaining counts 2, 126, 127, 129, 130, 132 and 134 of the Superseding Indictment **DISMISSED**.

 X Notice of Appeal form given to defendant. Court advised defendant of appeal rights.

 X Payment coupon given to defendant.

 X OTHER: Defendant to forfeit the defendant's interest in the property to the United States as directed re counts 144 and 145 of the Superseding Indictment. Court and counsel heard re Plea Agreement and Presentence Report.

At 10:25 a.m. court adjourned.

DATE:   May 29, 2008            DEPUTY CLERK'S INITIALS:   sal

Revised 6/18/07